The judgment is right, and must be affirmed, with costs.

---

### CHRISTIE v. CORNELIUS CALLAHAN CO.

(Supreme Court, General Term, Second Department. February 13, 1893.)

APPEAL—WEIGHT OF EVIDENCE—DECISION OF REFEREE.

 A referee's decision based on conflicting evidence will not be disturbed on appeal.

Appeal from judgment on report of referee.

Action by Harlan P. Christie against the Cornelius Callahan Company. From a judgment entered on the report of a referee, in favor of plaintiff, defendant appeals. Affirmed.

Argued before BARNARD, P. J., and DYKMAN and PRATT, JJ.

Bradford W. Hitchcock, (Ambrose G. Todd, of counsel,) for appellant.

Horatio C. King, for respondent.

PRATT, J. So far as we can see, the referee's decision in this case was based upon sufficient evidence, after he had carefully weighed seriously conflicting testimony. We, therefore, decline to interfere in that aspect of the case. If the contract was made in Massachusetts on Sunday, it is quite evident that defendant induced plaintiff to perform it in pretty much all the rest of the United States on Monday, and every other week day, until it had obtained all the benefit therefrom which plaintiff was able to give.

We affirm the judgment, with costs. All concur.